James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona  85004-4417
(602) 307-9900 Telephone
(602) 307-5853  Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for **Defendant** *NCO Financial Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Peter Lovelace, | No. CIV09-420-PHX-JWS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NCO Financial Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable John W. Sedwick)* |

Defendant, through counsel undersigned, gives notice that the parties have settled this matter.  The parties anticipate the filing of a Stipulation to Dismiss with prejudice within the next thirty days.  Accordingly, defendant requests that the Court vacate the upcoming case management hearing.

**RESPECTFULLY SUBMITTED** this  6TH  day of May, 2009.

**RENAUD COOK DRURY MESAROS, PA**

By: */s/ Randy L. Kingery*
   James L. Blair
   Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant NCO Financial Services, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CIV09-420-PHX-JWS)        [2478-0026]         @PFDesktop\:;ODMA/MHODMA/IMANAGE;RCD_PHX;518941;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6<u>TH</u> day of May, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John W. Sedwick
**UNITED STATES DISTRICT COURT**
*for the District of Arizona*
222 West 7th Avenue, Stop 32
Anchorage, AL 99513

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*


*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CIV09-420-PHX-JWS)        [2478-0026]        @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;518941;1