**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **PETER LOVELACE**, | ) Case No. CIV-09-420-PHX-JWS |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 14th day of May, 2009.

                By:s/Marshall Meyers
                **Marshall Meyers**
                **WEISBERG & MEYERS, LLC**
                **5025 North Central Ave., #602**
                **Phoenix, AZ 85012**
                **602 445 9819**
                **866 565 1327 facsimile**
                **mmeyers@AttorneysForConsumers.com**
                **Attorney for Plaintiff**

1  Filed electronically on this 14th day of May, 2009, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system on this 14th day of May, 2009 to:

5

6  Mr. Randy L. Kingery, Esq.
RENAUD COOK DRURY MESAROS, PA
7  One North Central, Suite 900
Phoenix AZ 85004-4417
8

9

10
By: s/Tremain Davis
11       Tremain Davis