# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*PETER LOVELACE*　　　　　　　v.　*NCO FINANCIAL SYSTEMS, INC.*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO.  2:09-cv-00420  (JWS)

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date:  June 26, 2009

　　　At docket 13, plaintiff filed a stipulation for dismissal executed by counsel for all parties indicating that this case is dismissed with prejudice, each side to bear its own costs and fees. Although it appears counsel anticipated that the court would issue an order approving the dismissal, the stipulation is effective to conclude the case without a court order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk will please close the file.